PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| NANCY ARACELIA MARQUEZ, <br><br> Plaintiff, <br><br> vs. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:15-CV-01822-EPG <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, from May 24, 2016 to June 23, 2016, to file the Certified Administrative Record (CAR).

    There is good cause for this extension as the Office of Disability Adjudication and Review (ODAR) needs additional time to assemble the CAR for this matter. As such, Defendant requests a 30-day extension of time to assemble, produce, and file the CAR. Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Pena & Bromberg, Attorneys at Law

Dated: May 24, 2016              */s/ Jonathan Omar Pena\**
                                                          JONATHAN OMAR PENA
(as authorized via email on May 24, 2016)
Attorney at Law

Attorney for Plaintiff

Dated: May 24, 2016              PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:
   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file the Certified Administrative Record in this case. The Administrative Record shall be filed no later than June 23, 2016. All other deadlines in the Court's Scheduling Order (ECF No. 5) are adjusted accordingly.

IT IS SO ORDERED.

Dated: **May 25, 2016**            /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE