PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| NANCY ARACELIA MARQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01822-EPG<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S LETTER BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension to August 18, 2016 to respond to Plaintiff's letter brief.  Counsel for Defendant miscalendered the deadline to respond and as a result did not respond by the due date, August 9, 2016.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by Defendant's failing to file the answer in a timely fashion.  Counsel will make every effort to make sure that this does not happen again.

\\

                                                Respectfully submitted,

Dated: August 17, 2016                      */s/ Jonathan O. Pena by Chantal R. Jenkins\**
                                                JONATHAN O. PENA
                                                  As authorized *via* email on August 17, 2016 by
                                                  Ashley A. Lepish
                                                  Attorney for Plaintiff

Dated: August 17, 2016                      PHILLIP A. TALBERT
                                                  Acting United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                        By:     */s/ Chantal R. Jenkins*
                                                  CHANTAL R. JENKINS
                                                  Special Assistant United States Attorney

<u>ORDER</u>

      Based on the above stipulation, the Court grants Defendant an extension to serve her confidential letter brief on Plaintiff. Defendant's letter, which was served on August 18, 2016 (ECF No. 15) is deemed timely served. Any other deadline in the Court's Scheduling Order (ECF No. 5) is adjusted accordingly.

IT IS SO ORDERED.

Dated:   **August 18, 2016**                     /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE