Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
5740 N. Palm Avenue
Suite 103
Fresno, CA 93704
Telephone: 559-412-5390
Facsimile:866-282-6709
info@jonathanpena.com

Attorney for Plaintiff, Nancy C. Marquez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY C. MARQUEZ,<br><br>        Plaintiff,<br><br>    vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-01822-EPG<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,800 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **August 2, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1